# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DANIEL LARA-HERNANDEZ,<br><br>Defendant. | Case No.: 23-CR-2062-BTM<br><br>Judgment and Order Dismissing Case |

The Government having moved to dismiss this case without prejudice and good cause having been stated and the Defendant having filed a non opposition, the motion is GRANTED and this case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: November 1, 2023

HON. BARRY TED MOSKOWITZ
United States District Judge